PROB 35  
(Rev. 5/01)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## SOUTHERN DISTRICT OF MISSISSIPPI



| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 3:00cr165BS-003 |
| HECTOR JAIME GUAJARDO | |

On _____June 29, 2001_____ the above named was placed on supervised release for a period of __4__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __7th__ day of __September__, 20__07__.

_____  
United States District Judge